M. P. No. 1472. SALVATORE DiBARTOLO *v.* STATE. Petition for writ of certiorari is denied. *Salvatore DiBartolo,* petition-

er, pro se, *Richard J. Israel*, Attorney General, *Henry Gemma, Jr.*, Special Asst. Attorney General, for respondent.